NAME: JOSEPH R CASTRIANN[I]

DATE OF DEATH: March 8, 2016
SEX: MALE   SSN: ▓▓▓▓▓   AGE: ▓▓
DATE OF BIRTH: ▓▓▓▓
BIRTHPLACE: KANSAS CITY, MISSOURI, UNITED STATES
PLACE OF DEATH: HOSPICE
FACILITY NAME OR STREET ADDRESS: VITAS HEALTH CARE
LOCATION OF DEATH: AVENTURA, MIAMI-DADE COUNTY, 33160

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: ▓▓▓
SPOUSE (IF FEMALE, MAIDEN NAME): ▓▓▓
RESIDENCE: 2751 NE 183 STREET, AVENTURA, FLORIDA 33160, UNITED STATES   COUNTY: MIAMI-DADE
OCCUPATION, INDUSTRY: ▓▓▓
RACE: X White ___Black or African American ___Asian Indian ___Chinese ___Filipino ___Native Hawaiian ___Japanese ___Korean
___American Indian or Alaskan Native—Tribe: ___Vietnamese ___Other Asian:
___Guamian or Chamorro ___Samoan ___Other Pacific Isl: ___Other: ___Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: BACHELORS DEGREE   EVER IN U.S. ARMED FORCES? YES

## PARENTS AND INFORMANT INFORMATION

FATHER: ▓▓▓
MOTHER: ▓▓▓
INFORMANT: ROSS V CASTRIANNI
RELATIONSHIP TO DECEDENT: NEPHEW
INFORMANT'S ADDRESS: 3808 NE 62ND TERRACE, GLADSTONE, MISSOURI 64119, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION: ▓▓▓ MISSOURI
METHOD OF DISPOSITION: REMOVAL FROM STATE
FUNERAL DIRECTOR/LICENSE NUMBER: ▓▓▓
FUNERAL FACILITY: ▓▓▓

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN   MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 0845
CERTIFIER'S NAME: ▓▓▓
CERTIFIER'S LICENSE NUMBER: ▓▓▓
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT APPLICABLE

## CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: ▓▓▓
CAUSE OF DEATH - PART I - and ▓▓▓
a ▓▓▓
b
c
d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

AUTOPSY PERFORMED? NO   AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:   DID TOBACCO USE CONTRIBUTE TO DEATH? NOT STATED
REASON FOR SURGERY:
IF FEMALE, NOT APPLICABLE
DATE OF INJURY: NOT APPLICABLE   TIME OF INJURY (24 hr):   INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:
IF TRANSPORTATION INJURY, Status of Decedent:   Type of Vehicle:

, State Registrar

REQ: 2016830294